

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00914-CV

**IN RE** Allison **NAIL** a/k/a Allie Nail

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

Delivered and Filed: January 9, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed a motion to dismiss her petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI16905, styled *Nicholas Ortega and Demi Ortega f/k/a Demi Myler v. Allison Nail a/k/a Allie Nail*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.